UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

pg1

Gilbert Raymond Olea
3127 West Gibson Lane
Phoenix Arizona 85009
P-207849

CASE NUMBER   1:06CV02188
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 12/26/2006

Vs. Notice of Assignment, Civil Action No.:

State of Arizona, Maricopa County Sheriff,
Maricopa County Sheriff Office
Sheriff Joseph M. Arpaio

RECEIVED
DEC 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

## NOTICE OF ASSIGNMENT

I have received a Civil Complaint Notice assigning me a Number Civil Complaint against Arizona State Federal. Question have been raised that require a Magistrate Decision this case will be coming to the U.S. District Court a motion to Proceed In Forma Pauperis Complaint Gilbert Raymond Olea Vs State of Arizona, Maricopa County Sheriff Office, Sheriff Joseph M. Arpaio, Maricopa County Sheriff

1

# Complaint

Joseph M. Arpaio as an Individual and as Sheriff of Maricopa County has establish there daily operating procedures and standards of care. Also Employees Attitudes All in violation of constitutional guidelines and court orders. The court as well is aware of the Hart Vs Hill (Hart Vs MCSO) decision pretaining to the standards or incarceration of pretrial Detainees. It's unlawful circumvention of the court orders

I am Informing The United States District Court for The District of Columbia aware that the following complaints that are listed have been filed as of the dates following the complaints in the District of Arizona

Complaint Case No: 2:06-cv-02851-MHM--JRI date filed 11/28/06
Complaint Case No: 2:06-cv-02536-MHM--JRI date filed 10/24/06
Complaint Case No: 2:06-cv-02608-MHM--JRI date filed 10/31/06

# Request For Relief

A: Monetari compensation for pain and suffering in the Maximum Amount as Available by the court orders per day while in custody Since Hart Vs Hill (Hart Vs MCSO) took effect January 9, 1995 guide lines and Amended Court orders standards for Pre-trail Detainees

B: Punitive Monetari compensation to the Maximum Amount as Available as pertaining to the guidelines and court orders for Pretrial Detainees since Hart Vs Hill

pg3

B: (Hart Vs MCSO) took effect January 9, 1995

C: Contempt sanctions in the fullest and Maximum Amount as Available by the Law and Court Orders as per ordered by Hart Vs Hill (Hart Vs MCSO) took effect January 9 1995

D: An order of imediate compliance of the Law Guidelines as ordered in Hart Vs Hill Hart Vs (MCSO) as of January 9, 1995 as Amended by court orders for Pretrial Detainees

E: All other in general and Equitable relief as ordered in Hart Vs Hill (Hart Vs MCSO) to the Maximum Amount Available by the courts as Amended in January 9, 1995

F: Requesting that Sheriff Joseph M. Arpaio / Maricopa County Sheriffs Office be responsible for the paying of all cost for filing Fee's and All Applicable court cost Fee's that may arise for the following Civil Action case number as follows:

Civil Action Complaint No: 2:06-cv 02851-MHM--JRI date filled 11/28/06

Civil Action Complaint No: 2:06-cv-02536-MHM--JRI date filed 10/24/06

Civil Action Complaint No: 2:06-cv-02608-MHM--JRI date filed 10/31/06

G: I'm asking the Court for the Relief in the Maximum Amount as Available by the United State District Court as Amended by Court order pertaining to Hart Vs Hill (Hart Vs MCSO) took effect January 9, 1995 as applyed by due process for Pretrial Detainees free of cruel and unusual punishment while in Custody in Maricopa County Sheriff Office Jails, Facilitys.

MCSO. No: P-207849

_Hill & Rol_ (signature)

Dated Nov 17 2006
Gilbert Raymond Olea
3127 West Gibson Lane
Phoenix Arizona 85009