AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
DEC 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ Plaintiff

V.

_____ Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 2188

I, Gilbert Kimwomi Oku, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Maricopa County Sheriff Office Towers Jail

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

__Dec 27, 2006__     __Hilbert Raymond Olea  P-707849__
Date               Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |

```
11/27/06                      Inmate Account Statement                        Page: 1
05:01:29
=============================================================================

Booking Number: P207849        Name: OLEA, GILBERT RAYMOND

   Acct Number: P207849R       Type: REG - Regular Account
                             Status: OPN - Account Open
                                                                              Acct
.....Transaction......                                                         Sts
   Date        Time    Type  Description                Amount    Balance
-----------------------------------------------------------------------------
 09/01/06   10:31:35    I    Init. Funds Dep            $20.00     $20.00     OPN
 09/12/06   09:10:03    S    Canteen Sale              -$19.20      $0.80     OPN
 09/19/06   09:55:08    S    Canteen Sale               -$0.60      $0.20     OPN
 10/11/06   08:13:03    F    Canteen Ref/Rtn             $0.60      $0.80     OPN
 10/11/06   08:13:49    F    Canteen Ref/Rtn            $19.20     $20.00     OPN
 10/17/06   09:48:48    S    Canteen Sale              -$19.95      $0.05     OPN
 10/17/06   10:48:46    D    Deposit                    $30.00     $30.05     OPN
 10/24/06   10:00:19    S    Canteen Sale              -$30.00      $0.05     OPN
 11/08/06   15:15:55    D    Deposit                    $10.00     $10.05     OPN
 11/14/06   08:37:01    S    Canteen Sale              -$10.00      $0.05     OPN
                                                       ------------
                             Ending Balance:                         $0.05

*** NOTE:  Funds available for self bond ==>==>==>==>==>==>==>                $0.05
     (Ending Balance) << OR >> 0

=============================================================================
I hereby accept the above as an accurate statement of all transactions involving
my inmate account(s) while in custody of the Maricopa County Sheriff's Office.

      Inmate Signature: _____     Date: _____

=============       * * *  E N D   O F   S T A T E M E N T  * * *   =============
```



06 2188

FILED

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
11/28/06                    Inmate Canteen Sales Receipt                    Page: 1
09:33:00
================================================================================
                                  Cell: 1 3B14002
Facility: TOWERS JAIL
                                  Order Date: Nov 28, 2006        Seq # 3622717
Booking #: P207849
     Name: OLEA, GILBERT RAYMOND
                                            Item   Price   Extended   Reject Reason
Qty    Description
---------------------------------------------------------------------------
  1 - WEEKLY PACKAGE                        #901   $.00     $.00
  1 - TOOTHBRUSH                            #911   $.00     $.00
  1 - TOOTHPASTE, SMALL                     #912   $.00     $.00
  5 - INDIGENT POST CARDS                   #913   $.00     $.00
  1 - PENCIL                                #915   $.00     $.00
                                                          ---------
                                   Order Total:            $.00

<<<<<<<<<<<<<<<<<<<<<<<<<<  Account Information  >>>>>>>>>>>>>>>>>>>>>>>>>>
                                                     Order Total   Current Balance
Acct #         Status
---------------------------------------------------------------------------
                                                        $.00            $0.05
P207849R       Account Open
```

M.C.S.O. Booking No: P-207849    Gilbert Raymond Olea
                                 Dated Nov 30, 2006