# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| GILBERT RAYMOND OLEA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06 2188 |
| | ) | |
| STATE OF ARIZONA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## TRANSFER ORDER

This matter comes before the Court on review of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. Plaintiff finds himself in the custody of the Maricopa County Sheriff in Phoenix, Arizona. For alleged violations of "daily operating procedures and standards of care" at the county jail, plaintiff demands unspecified damages and equitable relief. *See* Compl. at 2, 3.

There is no apparent connection between the events set forth in the complaint and the District of Columbia. Rather, plaintiff is challenging the action, or inaction, of the State of Arizona and the Maricopa County Sheriff. It appears, then, that venue in this district is improper. *See* 28 U.S.C. § 1391(b). In the interests of justice and judicial economy, the Court will transfer this civil action to district where plaintiff is detained, where defendants are found, and where the events giving rise to plaintiff's claims occurred.[1] Resolution of

---

[1]    Plaintiff's previous civil action also will be transferred to the United States District Court for the District of Arizona. *See Olea v. State of Arizona*, Civ. No. 06-2059 (UNA) (D.D.C. Nov. 30, 2006) (order transferring case).

plaintiff's application to proceed *in forma pauperis* is left to the transferee court.

Accordingly, it is hereby

ORDERED that this civil action be **TRANSFERRED** to the United States District

Court for the District of Arizona.

SO ORDERED.

_Gladys Kessler_
United States District Judge

Date: Dec 19, 2006